**Order entered August 15, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00615-CR

### EX PARTE JAMES MICHAEL DRAUCKER

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. WR-1-22-0006**

### ORDER

Before the Court is appellant's August 10, 2022 pro se motion seeking to amend his brief to request substance abuse treatment. Appellant is represented by counsel, and he is not entitled to hybrid representation. *See Ex parte Bohannan*, 350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011). Accordingly, appellant's pro se motion is **DENIED** without prejudice.

/s/    ERIN A. NOWELL
        JUSTICE